**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | *   CASE NO.: 15-66905-WLH |
| | * |
| ERICA SHERRIE  MOSES, | * |
| | *   CHAPTER: 13 |
| | * |
| | * |
| | * |
| DEBTOR. | * |

**CERTIFICATE OF SERVICE**

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Unsworn Declaration" by placing the same in the United States Mail  with adequate postage affixed to ensure delivery and addressed as follows:

Erica Sherrie  Moses
5156 E. Ponce De Leon Ave
Apt J
Stone Mountain, GA 30083

The Internal Revenue Service
Insolvency Unit
401 West Peachtree Street
Stop 335-D
Atlanta, GA 30308

John Horn, U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
Richard B. Russell Bldg
75 Spring Street, S.W.
Atlanta, GA 30303

U.S. Attorney General
Attn: Loretta E. Lynch
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Attorney General of Georgia
Attn: Sam Olens
40 Capitol Square, SW
Atlanta, Georgia 30334

Georgia Department of Revenue
Bankruptcy Unit
1800 Century Boulevard, Suite 17200
Atlanta, Georgia 30345

Department of Justice - Tax Division
Attn: Chief, Civil Trial Section, Southern
Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101-7346

The Internal Revenue Service
P.O.Box 21126
Philadelphia, PA 19114

*/jas*

I further certify that, by agreement of the parties, Nancy Whaley - Chapter 13 Trustee, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated:  9/11/15

/s/

Clark & Washington, PC
3300 NE Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax (770)220-0685

**Michael Brown**
GA Bar No. 588133

*/jas*

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:                                          * CASE No.:

    Erica Sherrie Moses                     *

                                   * CHAPTER: 13

          DEBTOR                        *

### UNSWORN DECLARATION REGARDING TAX RETURNS

I, Erica Sherrie Moses, do hereby declare under penalty of perjury that I did not file income tax returns for the year(s) __12-14__, as my income was not sufficient to require the filing of tax returns..

Dated: 8/13/2015

Signed: _____
Erica Sherrie Moses